**Affirmed as Modified and Supplemental Opinion filed September 28, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00622-CV

---

### ANSON DISTRIBUTING, LLC, Appellant

### V.

### STARCO IMPEX, INC. AND USA MILLENNIUM, LP, Appellees

### AND

### USA MILLENNIUM, LP, Appellant

### V.

### ANSON DISTRIBUTING, LLC, Appellee

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-42352**

---

## SUPPLEMENTAL OPINION

On August 24, 2023, we suggested a remittitur of $38,710 in damages and $6,935.98 in prejudgment interest awarded to Anson Distributing, LLC in the trial court's judgment. *Anson Distributing, LLC v. Starco Impex, Inc.*, No. 14-20-00622-CV, 2023 WL 5437707, at *7 (Tex. App.—Houston [14th Dist.] Aug. 24, 2023, no pet. h.). We stated that if Anson timely filed the remittitur, we would modify the trial court's judgment to reflect damages and prejudgment interest awarded to Anson in the amounts of $1,107,362.17 and $198,415.04, respectively. *Id.* at *7–8.

Anson timely filed the remittitur. Accordingly, we vacate our August 24, 2023 judgment and render a judgment modifying the trial court's judgment to reflect the remittitur. We affirm the trial court's judgment as modified.


/s/    Ken Wise
        Justice


Panel consists of Chief Justice Christopher and Justices Wise and Hassan.